**Exhibit E**

**Agreement not to Contest Transfer**

Received 04/17/2003 16:18     01:28 on line [11] for WW09571 Printed 04/'    003  16:23 * Pg 2/3
                              Fax:7136592204                              Apr 17 20._  16:19      P.02

Apr-17-03   09:24am   From-Handlin & Associates              713-831-4848        T-467  P.002/003  F-923

## AGREEMENT NOT TO CONTEST TRANSFER

1.     The undersigned parties understand that Plaintiff David Egilman, M.D. filed a lawsuit in Brazoria County, Texas, against Jones, Day, Reavis & Pogue, Kelly Stewart, and Anne Leather (the "Jones Day Defendants"). The Jones Day Defendants filed a motion to transfer the case to Dallas County, Texas. Egilman amended the lawsuit, naming Occidental Chemical Corporation and Oxychem. Corp. (the "Oxychem Defendants"), Douglas J. Behr and Keller & Heckman (the "Keller Heckman Defendants"), and the Society of the Plastics Industry. The Oxychem Defendants have appeared in this lawsuit. The Keller Heckman Defendants and the Society of the Plastics Industry have filed special appearances.

2.     The undersigned parties agree that this agreement will not be construed as or used as evidence that any of the defendants have waived or forfeited any defenses relating to service of process, personal or subject matter jurisdiction, or any issues other than the county of venue for the lawsuit, if and so long as the case remains in Texas. Specifically, but without limitation, Egilman agrees that defendants are not waiving and do not intend to waive their special appearances or rights to claim that service of process was not proper. This agreement is not to be interpreted or offered as evidence of an appearance in the lawsuit. Plaintiff agrees that this agreement does not constitute an appearance by the Keller Heckman Defendants or by the Society of the Plastics Industry and is entered into subject to their respective special appearances.

3.     Subject to the pending special appearances and without waiving any available jurisdictional and/or service of process defenses, the undersigned parties agree that they will not contest: (a) the transfer of the case from Brazoria County, Texas to Harris County, Texas and (b) that venue is proper in Harris County, Texas, for purposes of this case only. The undersigned

Received 04/17/2003 16:18   01:28 on line [11] for WW09571 Printed 04/    003  16:23 * Pg 3/3
Fax:7136592204                    Apr 17 20    16:20       P.03

Apr-17-03   09:24am   From-Handlin & Associates          713-831-4848       T-867  P.003/003  F-923

parties further will not contend that venue is proper in any county in Texas other than Harris County, Texas.

4.    The undersigned parties agree that this agreement is not relevant to or admissible for any hearing regarding personal or subject matter jurisdiction over any defendant, or any hearing concerning whether any defendant has been properly served or has made an appearance in the case. This agreement may not be filed with the court or used in any hearing, unless one of the undersigned parties seeks to transfer venue of this case to a location in Texas other than Harris County, Texas.


Mark Lanier
*Attorney for David Egilman, M.D.*


Robert H. Harrell
*Attorney for Jones, Day, Reavis & Pogue, Kelly Stewart, and Anne Leather*


George M. Kryder
*Attorney for Keller & Heckman and Douglas J. Bahr*


Timothy Capp
*Attorney for Society of the Plastics Industry*


Kathleen M. Beasley
*Attorney for Occidental Chemical Corp. and Oxychem Corporation*