UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID EGILMAN,<br><br>    Plaintiff,<br><br>v.<br><br>KELLER & HECKMAN, LLP, et al.,<br><br>    Defendants. | Civil Action 04-00876 (HHK) |

## ORDER

For the reasons stated in the court's memorandum opinion docketed this same day, it is this 10th day of November, 2005, hereby

**ORDERED** that judgment is entered for defendants and against plaintiff.

Henry H. Kennedy, Jr.<br>United States District Judge